IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSRAM GMBH and<br><br>OSRAM OPTO SEMICONDUCTORS GMBH<br><br>      Plaintiffs,<br><br>  v.<br><br>CITIZEN WATCH CO., LTD.,<br><br>CITIZEN ELECTRONICS CO., LTD.,<br><br>and<br><br>CECOL, INC.<br><br>      Defendants. | Civil Action No. _____ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, OSRAM GmbH and OSRAM Opto Semiconductors GmbH identify their parent corporation and the publicly held company that owns 10 percent or more of their stock:

Siemens AG

Dated: November 27, 2006

FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
FISH & RICHARDSON P.C.
919 N. Market St., Ste. 1100
P. O. Box 1114
Wilmington, DE 19899-1114
Telephone: 302-652-5070
Facsimile: 302-652-0607

Of counsel:

Alan D. Smith
Charles H. Sanders
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Telephone: 617-542-5070
Facsimile: 617-542-8906

Attorneys for Plaintiffs
OSRAM GmbH and OSRAM Opto Semiconductors GmbH

Corporate Disclosure Statement.doc