IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OSRAM GMBH and<br>OSRAM SEMICONDUCTORS GMBH<br>    Plaintiffs.<br>        v.<br><br>CITIZEN WATCH CO., LTD.<br>CITIZEN ELECTRONICS CO., LTD.<br>and<br>CECOL, INC.<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-710-SLR |

## STIPULATION

WHEREAS, counsel for the parties have conferred and agreed that in return for Citizen Watch, Ltd. and Citizen Electronics Co., Ltd. waiving formal service in Japan of plaintiffs' complaint through the Hague Convention, all defendants (including Cecol, Inc.) shall have 90 days from the filing of plaintiffs' original complaint in this action within which to move, answer, or otherwise respond to said complaint. OSRAM shall be entitled to amend or supplement its complaint during the 90-day period, and in that event, all defendants need not answer the original complaint and need only answer the last amended or supplemental pleading. All defendants shall answer the last amended or supplemental pleading at the end of the 90-day period, or 23 days after filing of the last amended or supplemental pleading, whichever period may be longer.

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which all defendants shall move, answer or otherwise respond to the original complaint filed herein be, and the same hereby is, extended to and including February 26, 2007.

_____
William J. Marsden, Jr. (#2247)
FISH & RICHARDSON P.C.
919 Market St., Ste 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607
marsden@fr.com

Of counsel:
Alan D. Smith
Charles H. Sanders
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Tel: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Plaintiffs
Osram GmbH and Osram Opto
Semiconductors GmbH

_____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
1313 N Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Of counsel:
Richard D. Kelly
Steven P. Weihrouch
Daniel Pereira
Alexander E. Gasser
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
Tel: (703) 413-3000
Fax: (703) 413-2220

Attorneys for Defendants
Citizen Watch Co., Ltd.,
Citizen Electronics Co., Ltd., and
Cecol, Inc.

APPROVED and SO ORDERED this ___ day of _____ 200_.

_____
United States District Judge

767536/31008