IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSRAM GMBH and<br>OSRAM OPTO SEMICONDUCTORS<br>GMBH,<br><br>      Plaintiffs,<br><br>      v.<br><br>CITIZEN WATCH CO., LTD.,<br>CITIZEN ELECTRONICS CO., LTD., and<br>CECOL, INC.,<br><br>      Defendants. | Civil Action No.  06-710 (SLR) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission pro hac vice of Charles H. Sanders to represent plaintiffs in this matter.

Signed: /s/  William J. Marsden, Jr.
        William J. Marsden, Jr. (#2247)
        FISH & RICHARDSON P.C.
        919 N. Market Street, Ste. 1100
        P.O. Box 1114
        Wilmington, DE  19801
        Telephone:  302-652-5070
        Facsimile:  302-652-0607
        email:  Marsden@fr.com

        Attorneys for Plaintiffs
        Osram GMBH and
        Osram Opto Semiconductors GMBH

Date:  January 19, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is

granted.

Date: _____    _____
                              United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: *Charles H. Sanders*

Date: 1/19/07

Charles H. Sanders
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed with the Clerk of

Court the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** using

CM/ECF which will send electronic notification of such filing(s) to the following

Delaware counsel.  In addition, the filing will also be sent via hand delivery to local

counsel:

Richard L. Horwitz                          Attorneys for Defendants,
David E. Moore                              Citizen Watch Co., Ltd.,
POTTER ANDERSON & CORROON LLP               Citizen Electronics Co., Ltd., and
Hercules Plaza, 6th floor                   Cecol, Inc.
1313 N. Market Street
Wilmington, DE 19801
Telephone:  (302) 984-6000

I hereby certify that on January 19, 2007, I have mailed by United Sates Postal

Service, the document(s) to the following non-registered participants:

Richard D. Kelly                            Attorneys for Defendants,
Steven P. Weihrouch                         Citizen Watch Co., Ltd.,
Daniel Pereira                              Citizen Electronics Co., Ltd., and
Alexander E. Gasser                         Cecol, Inc.
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.LC.
1940 Duke Street
Alexandria, VA  22314

                                    /s/ William J. Marsden, Jr.
                                    William J. Marsden, Jr.

80041031.doc