IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSRAM GMBH and<br>OSRAM OPTO SEMICONDUCTORS GMBH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITIZEN WATCH CO., LTD.,<br>CITIZEN ELECTRONICS CO., LTD., and<br>CECOL, INC.,<br><br>　　　　　Defendants. | Civil Action No. 06-710 (SLR) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Alan D. Smith to represent plaintiffs in this matter.

Signed: /s/ William J. Marsden, Jr.
　　　　William J. Marsden, Jr. (#2247)
　　　　FISH & RICHARDSON P.C.
　　　　919 N. Market Street, Ste. 1100
　　　　P.O. Box 1114
　　　　Wilmington, DE 19801
　　　　Telephone: 302-652-5070
　　　　Facsimile: 302-652-0607
　　　　email: Marsden@fr.com

　　　　Attorneys for Plaintiffs
　　　　Osram GMBH and
　　　　Osram Opto Semiconductors GMBH

Date: January 24, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: *A. D. Smith*

Date: 1/22/07

Alan D. Smith
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I electronically filed with the Clerk of Court the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery to local counsel:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendants,<br>Citizen Watch Co., Ltd.,<br>Citizen Electronics Co., Ltd., and<br>Cecol, Inc. |

I hereby certify that on January 24, 2007, I have mailed by United Sates Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Richard D. Kelly<br>Steven P. Weihrouch<br>Daniel Pereira<br>Alexander E. Gasser<br>OBLON, SPIVAK, McCLELLAND,<br>MAIER & NEUSTADT, P.LC.<br>1940 Duke Street<br>Alexandria, VA 22314 | Attorneys for Defendants,<br>Citizen Watch Co., Ltd.,<br>Citizen Electronics Co., Ltd., and<br>Cecol, Inc. |

/s/ William J. Marsden, Jr.
William J. Marsden, Jr.

80041204 (2).doc