IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OSRAM GMBH and

OSRAM OPTO SEMICONDUCTORS GMBH

Plaintiffs,

v.                                          Civil Action No. 06-710-SLR

CITIZEN WATCH CO., LTD.,

CITIZEN ELECTRONICS CO., LTD.,

and

CECOL, INC.

Defendants.

**ORDER GRANTING OSRAM GMBH'S AND
OSRAM OPTO SEMICONDUCTORS GMBH'S
UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL COMPLAINT**

WHEREAS, the Court having considered OSRAM's Unopposed Motion For Leave To

File First Supplemental Complaint and having considered the fact that the Motion is unopposed,

IT IS HEREBY ORDERED this *1st* day of *February* _____, 2007 that the

Unopposed Motion is GRANTED and that OSRAM is permitted leave to file its amended

pleading in the form attached as Exhibit "1" to the Unopposed Motion.

Pursuant to the previously filed stipulation of the parties (D.I. 6) and LR 15.1, defendants

Citizen Watch Co., Ltd., Citizen Electronics Co., Ltd., and Cecol, Inc. shall move, answer or

otherwise respond to the First Supplemental Complaint on or before February 26, 2007, or 23

days from the date of this order, whichever is later.

SO ORDERED THIS *1st* day of _*February*_____, 2007.


_____
Honorable Sue L. Robinson