IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSRAM GMBH and<br>OSRAM SEMICONDUCTORS GMBH<br><br>Plaintiffs.<br><br>v.<br><br>CITIZEN WATCH CO., LTD.<br>CITIZEN ELECTRONICS CO., LTD.<br>And CECOL, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 06-710-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CITIZEN WATCH CO., LTD.'S MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION AND FAILURE TO STATE A
<u>CLAIM UPON WHICH RELIEF CAN BE GRANTED</u>**

Defendant Citizen Watch Co., Ltd. respectfully moves pursuant to Fed. R.Civ. P. 12(b)(2), or, in the alternative Fed. R. Civ. P. 12(b)(6), to dismiss the complaint filed against it by Osram GmbH and Osram Opto Semiconductors GmbH. The grounds for this motion are fully set forth in the accompanying Opening Brief.

OF COUNSEL:

Richard D. Kelly
Steven P. Weihrouch
Daniel Pereira
Alexander E. Gasser
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
Tel: (703) 413-3000
Fax: (703) 413-2220

Dated: February 26, 2007

POTTER ANDERSON & CORROON LLP

By: /s/ *Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    1313 N Market Street, 6th Floor
    P.O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants
Citizen Watch Co., Ltd., Citizen Electronics
Co., Ltd., and Cecol, Inc.*

779761 / 31008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 26, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street, Ste. 1100
P.O. Box 1114
Wilmington, DE 19801

I hereby certify that on February 26, 2007, I have Electronically Mailed the documents to the following:

Alan D. Smith
Charles H. Sanders
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
smith@fr.com
Sanders@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

776067 / 31008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSRAM GMBH and<br>OSRAM SEMICONDUCTORS GMBH<br><br>           Plaintiffs.<br><br>     v.<br><br>CITIZEN WATCH CO., LTD.<br>CITIZEN ELECTRONICS CO., LTD.<br>And CECOL, INC.<br><br>           Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 06-710-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Having considered Defendant Citizen Watch Co., Ltd's Motion To Dismiss;

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the Motion to Dismiss is GRANTED.

_____
United States District Judge