IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSRAM GMBH and<br>OSRAM SEMICONDUCTORS GMBH<br><br>Plaintiffs.<br><br>v.<br><br>CITIZEN WATCH CO., LTD.<br>CITIZEN ELECTRONICS CO., LTD.<br>And CECOL, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 06-710-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENTS FOR CITIZEN WATCH CO., LTD., CITIZEN ELECTRONICS CO., LTD. AND CECOL, INC.**

The undersigned counsel for Defendants Citizen Watch Co., Ltd. ("Citizen Watch"), Citizen Electronics Co., Ltd. ("CE"), and Cecol, Inc. ("Cecol"), by and through the undersigned attorneys, furnish the following statements pursuant to Fed. R. Civ. P. 7.1:

The parent corporation to Cecol is CE. No publicly held corporation owns 10% or more of Cecol's stock.

The parent corporation to CE is Citizen Watch. Citizen Watch is the only publicly held corporation that owns 10% or more of CE's stock.

Citizen Watch has no parent corporation. No publicly held corporation owns 10% or more of Citizen Watch's stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Richard D. Kelly
Steven P. Weihrouch
Daniel Pereira
Alexander E. Gasser
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
Tel: (703) 413-3000
Fax: (703) 413-2220

Dated: March 1, 2007
780502 /31008

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants
Citizen Watch Co., Ltd.,
Citizen Electronics Co., Ltd., and
Cecol, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 1, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street, Ste. 1100
P.O. Box 1114
Wilmington, DE  19801

I hereby certify that on March 1, 2007, I have Electronically Mailed the documents to the following:

Alan D. Smith
Charles H. Sanders
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
smith@fr.com
Sanders@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

776067 / 31008