IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSRAM GMBH and <br> OSRAM SEMICONDUCTORS GMBH <br>     Plaintiffs. <br> v. <br><br> CITIZEN WATCH CO., LTD. <br> CITIZEN ELECTRONICS CO., LTD. <br> and <br> CECOL, INC. <br>     Defendants. | Civil Action No. 06-710-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Amar K. Mehta to represent Osram GMBH and Osram Semiconductors GMBH in this matter.

Dated: March 2, 2007

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
FISH & RICHARDSON P.C.
919 Market St., Ste 100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607
marsden@fr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____   _____
United States District Judge

21572345.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSRAM GMBH and<br>OSRAM SEMICONDUCTORS GMBH<br>    Plaintiffs.<br>v.<br><br>CITIZEN WATCH CO., LTD.<br>CITIZEN ELECTRONICS CO., LTD.<br>and<br>CECOL, INC.<br>    Defendants. | Civil Action No. 06-710-SLR |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 1, 2007

_____
Amar K. Mehta

21572345.doc

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I electronically filed with the Clerk of Court the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery to local counsel:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendants,<br>Citizen Watch Co., Ltd.,<br>Citizen Electronics Co., Ltd., and<br>Cecol, Inc. |

I hereby certify that on March 2, 2007, I have mailed by United Sates Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Richard D. Kelly<br>Steven P. Weihrouch<br>Daniel Pereira<br>Alexander E. Gasser<br>OBLON, SPIVAK, McCLELLAND,<br>MAIER & NEUSTADT, P.LC.<br>1940 Duke Street<br>Alexandria, VA 22314 | Attorneys for Defendants,<br>Citizen Watch Co., Ltd.,<br>Citizen Electronics Co., Ltd., and<br>Cecol, Inc. |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

21572345.doc