IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OSRAM GMBH and

OSRAM OPTO SEMICONDUCTORS GMBH

       Plaintiffs,

    v.

CITIZEN WATCH CO., LTD.,

CITIZEN ELECTRONICS CO., LTD.,

and

CECOL, INC.

       Defendants.

Civil Action No. 06-710-SLR

**STIPULATION AND ORDER**

WHEREAS, counsel for the parties have conferred regarding Citizen Watch Co., Ltd. ("Citizen Watch's") Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim Upon Which Relief Can be Granted filed by (D.I. 12.); and

WHEREAS, OSRAM GmbH and OSRAM Opto Semiconductors GmbH (collectively "OSRAM") are agreeable to dismissing Citizen Watch from this action at this time, while at the same time preserving all rights to seek to add Citizen Watch back into this action in the future;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties that:

(1)    Citizen Watch is dismissed from this action without prejudice; and

(2)    OSRAM's rights to seek to add Citizen Watch back into the case shall not be in any way compromised or prejudiced by this stipulation and OSRAM expressly preserves all such rights, including without limitation:

       (a) the right to seek to add Citizen Watch back into this action if, during this case, OSRAM obtains information which gives OSRAM reason to believe that Citizen Watch, by or

through itself or a predecessor company, has been involved in or associated with any act alleged to infringe one or more OSRAM patents, or may have relevant information regarding such alleged infringement; or

      (b)    the right to seek to add Citizen Watch back into this action if, during this case, Citizen Electronics Co., Ltd. or Cecol, Inc. inform OSRAM that information OSRAM has requested in discovery will not be produced because it is in the possession, custody or control of Citizen Watch.

      (3)    Citizen Watch's rights to oppose any motion brought by OSRAM to add Citizen Watch back into this action shall not be in any way compromised or prejudiced by this stipulation and Citizen Watch preserves all such rights, including, without limitation to oppose any attempt by OSRAM to add Citizen Watch as a party for reasons set forth in 2(a) and (b) above.

By:/s/ William J. Marsden, Jr.

    William J. Marsden, Jr. (#2247)
    FISH & RICHARDSON P.C.
    919 N. Market St., Ste. 1100
    P. O. Box 1114
    Wilmington, DE 19899-1114
    Telephone:  302-652-5070
    Facsimile:  302-652-0607

    Of counsel:

    Alan D. Smith
    Charles H. Sanders
    FISH & RICHARDSON P.C.
    225 Franklin Street
    Boston, MA  02110
    Telephone:  617-542-5070
    Facsimile:  617-542-8906

By:/s/ Richard L. Horwitz

    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    POTTER ANDERSON & CORROON LLP
    1313 N. Market Street, 6th Floor
    P.O. Box 951
    Wilmington, DE 19899
    Telephone:  302-984-6000
    Facsimile:  302-658-1192

    Of counsel:

    Richard D. Kelly
    Steven P. Weihrouch
    Daniel Pereira
    Alexander E. Gasser
    OBLON, SPIVAK, McCLELLAND,
    MAIER & NEUSTADT, P.C.
    1940 Duke Street
    Alexandria, VA 22314
    Telephone:  703-413-3000
    Facsimile:  703-413-2220

Attorneys for Plaintiffs                   Attorneys for Defendants
OSRAM GmbH and OSRAM Opto       Citizen Watch Co., Ltd., Citizen Electronic Co.,
Semiconductors GmbH                     Ltd., and Cecol, Inc.


      IT IS SO APPROVED AND ORDERED this ___ day of _____, 2007.


_____
United States District Judge