IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSRAM GMBH and <br> OSRAM SEMICONDUCTORS GMBH <br><br> Plaintiffs. <br><br> v. <br><br> CITIZEN WATCH CO., LTD., <br> CITIZEN ELECTRONICS CO., LTD. <br> And CECOL, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-710-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Richard D. Kelly, Steven P. Weihrouch, Daniel J. Periera, Ph.D., and Alexander E. Gasser of Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 1940 Duke Street, Alexandria, VA 22314, to represent defendants Citizen Electronics Co., Ltd., and Cecol, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: March 13, 2007
775393/31008

*Attorneys for Defendants Citizen Electronics Co., Ltd., and Cecol, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 13, 2007            Signed: */s/ Richard D. Kelly*
                                        Richard D. Kelly
                                        OBLON, SPIVAK, McCLELLAND,
                                        MAIER & NEUSTADT, P.C.
                                        1940 Duke Street
                                        Alexandria, VA 22314
                                        Telephone: (703) 413-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 13, 2007      Signed: /s/ Steven P. Weihrouch
                                  Steven P. Weihrouch
                                  OBLON, SPIVAK, McCLELLAND,
                                  MAIER & NEUSTADT, P.C.
                                  1940 Duke Street
                                  Alexandria, VA 22314
                                  Telephone: (703) 413-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 13, 2007          Signed: /s/ Daniel J. Pereira, Ph.D.
                                      Daniel J. Pereira, Ph.D.
                                      OBLON, SPIVAK, McCLELLAND,
                                      MAIER & NEUSTADT, P.C.
                                      1940 Duke Street
                                      Alexandria, VA 22314
                                      Telephone: (703) 413-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 13, 2007        Signed: /s/ Alexander E. Gasser
                                    Alexander E. Gasser
                                    OBLON, SPIVAK, McCLELLAND,
                                    MAIER & NEUSTADT, P.C.
                                    1940 Duke Street
                                    Alexandria, VA 22314
                                    Telephone: (703) 413-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 13, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street, Ste. 1100
P.O. Box 1114
Wilmington, DE 19801

I hereby certify that on March 13, 2007, I have Electronically Mailed the documents to the following:

Alan D. Smith
Charles H. Sanders
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
smith@fr.com
Sanders@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

776067 / 31008