IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OSRAM GMBH and

OSRAM OPTO SEMICONDUCTORS GMBH

       Plaintiffs,

   v.

CITIZEN ELECTRONICS CO., LTD.,

and

CECOL, INC.

       Defendants.

Civil Action No. 06-710-SLR

## STIPULATION AND ORDER

WHEREAS, counsel for Citizen Electronics Co., Ltd. and Cecol, Inc. (collectively "Citizen") has requested that OSRAM GmbH and OSRAM Opto Semiconductors GmbH (collectively "OSRAM") provide an amended reply to respond to identical paragraphs 16, 18, and 20 of Citizen's counterclaims, in order to address defense paragraphs 1-119 in Citizen's answer on a paragraph-by-paragraph basis; and

WHEREAS, OSRAM is agreeable to providing such an amended response addressing defense paragraphs 1-119 in Citizen's answer on a paragraph-by-paragraph basis;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, subject to the approval of the Court, that:

OSRAM shall file such an amended reply containing a response to defense paragraphs 1-119 in Citizen's answer on a paragraph-by-paragraph basis by April 5, 2007.

By:*/s/ William J. Marsden, Jr.*

   William J. Marsden, Jr. (#2247)
   FISH & RICHARDSON P.C.
   919 N. Market St., Ste. 1100
   P. O. Box 1114
   Wilmington, DE 19899-1114
   Telephone:  302-652-5070
   Facsimile:   302-652-0607
   marsden@fr.com

   Of counsel:

   Alan D. Smith
   Charles H. Sanders
   FISH & RICHARDSON P.C.
   225 Franklin Street
   Boston, MA  02110
   Telephone:  617-542-5070
   Facsimile:   617-542-8906

Attorneys for Plaintiffs
OSRAM GmbH and OSRAM Opto
Semiconductors GmbH

By:*/s/ Richard L. Horwitz*

   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   POTTER ANDERSON & CORROON LLP
   1313 N. Market Street, 6th Floor
   P.O. Box 951
   Wilmington, DE 19899
   Telephone:  302-984-6000
   Facsimile:   302-658-1192
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

   Of counsel:

   Richard D. Kelly
   Steven P. Weihrouch
   Daniel Pereira
   Alexander E. Gasser
   OBLON, SPIVAK, McCLELLAND,
   MAIER & NEUSTADT, P.C.
   1940 Duke Street
   Alexandria, VA 22314
   Telephone:  703-413-3000
   Facsimile:   703-413-2220

Attorneys for Defendants
Citizen Electronic Co., Ltd., and Cecol, Inc.

   SO ORDERED this _____ day of April, 2007.

_____
United States District Court Judge