IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSRAM GMBH and<br>OSRAM OPTO SEMICONDUCTORS GMBH<br><br>        Plaintiffs,<br><br>        v.<br><br>CITIZEN ELECTRONICS CO., LTD.,<br>and CECOL, INC.<br><br>        Defendants. | Civil Action No. 06-710-SLR |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that the undersigned hereby withdraws the appearance of Charles H. Sanders as an attorney of record for the Plaintiffs in this action. Fish & Richardson will continue to represent the Plaintiffs in this action, and Mr. Sanders' name can be deleted by the Clerk's office to receive Electronic Notification.

Dated: April 10, 2007

FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    FISH & RICHARDSON P.C.
    919 N. Market St., Ste. 1100
    P. O. Box 1114
    Wilmington, DE 19899-1114
    Telephone: 302-652-5070
    Facsimile: 302-652-0607

Alan D. Smith
Amar Mehta
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Telephone: 617-542-5070
Facsimile: 617-542-8906

Attorneys for Plaintiffs
OSRAM GmbH and OSRAM Opto Semiconductors GmbH

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, I electronically filed with the Clerk of Court the NOTICE OF WITHDRAWAL using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery to local counsel:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone:  (302) 984-6000 | Attorneys for Defendants,<br>Citizen Electronics Co., Ltd., and<br>Cecol, Inc. |

I hereby certify that on April 10, 2007, I have mailed by United Sates Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Richard D. Kelly<br>Steven P. Weihrouch<br>Daniel Pereira<br>Alexander E. Gasser<br>OBLON, SPIVAK, McCLELLAND,<br>MAIER & NEUSTADT, P.LC.<br>1940 Duke Street<br>Alexandria, VA  22314 | Attorneys for Defendants,<br>Citizen Electronics Co., Ltd., and<br>Cecol, Inc. |

/s/ William J. Marsden, Jr.
William J. Marsden, Jr.