IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSRAM GMBH and<br>OSRAM OPTO SEMICONDUCTORS GMBH<br><br>      Plaintiffs.<br><br>      v.<br><br>CITIZEN WATCH CO., LTD.<br>CITIZEN ELECTRONICS CO., LTD.<br>and CECOL, INC.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-710-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR DEFENDANTS TO FILE
FIRST AMENDED ANSWER AND COUNTERCLAIMS**

WHEREAS, counsel for the parties have conferred regarding a request by Citizen Electronics Co., Ltd. and Cecol, Inc. to file a first amended answer and counterclaims; and

WHEREAS, OSRAM GmbH and OSRAM Opto Semiconductors GmbH (collectively "OSRAM") consent to the filing of the first amended answer and counterclaims being filed contemporaneously herewith;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties that:

(1) The first amended answer and counterclaims being filed contemporaneously herewith shall be deemed filed and served as of the date the Court so orders this stipulation; and

(2) OSRAM's time to plead in response to the first amended answer and counterclaims being filed contemporaneously herewith shall be within ten days after the Court so orders this stipulation.

| FISH & RICHARDSON P.C. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ William J. Marsden, Jr.<br>William J. Marsden, Jr. (#2247)<br>919 N. Market St., Ste. 1100<br>P. O. Box 1114<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070<br>Fax: (302) 652-0607<br>marsden@fr.com | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| OF COUNSEL:<br><br>Alan D. Smith<br>Amar K. Mehta<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110<br>Tel: (617) 542-5070<br>Fax: (617) 542-8906<br><br>*Attorneys for Plaintiffs*<br>*OSRAM GmbH and*<br>*OSRAM Opto Semiconductors GmbH* | OF COUNSEL:<br><br>Richard D. Kelly<br>Steven P. Weihrouch<br>Daniel Pereira<br>Alexander E. Gasser<br>OBLON, SPIVAK, McCLELLAND, MAIER<br>& NEUSTADT, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>Tel: (703) 413-3000<br>Fax: (703) 413-2220<br><br>*Attorneys for Defendants Citizen Electronics*<br>*Co., Ltd., and Cecol, Inc.* |

IT IS SO ORDERED this ___ day of _____, 2007.

_____
United States District Judge

793440 / 31008