IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSRAM GMBH and<br><br>OSRAM OPTO SEMICONDUCTORS GMBH<br><br>    Plaintiffs,<br><br>    v.<br><br>CITIZEN WATCH CO., LTD.,<br><br>CITIZEN ELECTRONICS CO., LTD.,<br><br>and<br><br>CECOL, INC.<br><br>    Defendants. | Civil Action No. 06-710-SLR |

**JOINT REQUEST TO ADJOURN SCHEDULING
CONFERENCE TO PERMIT NEGOTIATION AND
FINALIZING OF SETTLEMENT AGREEMENT**

WHEREAS, this Court on May 22, 2007, issued an Order For Scheduling Conference to be held on Friday, June 29, 2007, at 8:15 a.m.;

WHEREAS, party representatives met in Frankfurt, Germany on May 16, 2007, and the parties have agreed to use their best efforts to negotiate, agree upon, and execute a formal global settlement agreement;

WHEREAS, the parties have commenced the process of negotiating and drafting the details of a formal settlement agreement that would resolve this instant action;

WHEREAS, paragraph six of this Court's May 22, 2007, Order For Scheduling Conference stated that the parties should advise the Court immediately if this matter has been settled;

WHEREAS, although this matter has not yet been finally settled, the parties have the good faith belief that they can negotiate and finalize a settlement agreement, which in turn would settle this instant action;

WHEREAS, the parties desire sufficient time to prepare, exchange, negotiate, and finalize such a settlement agreement;

WHEREAS, the parties do not wish to take up the time and resources of this Court for a scheduling conference that may be premature in view of the present efforts by the parties to reach settlement, and the upcoming negotiations to develop and finalize a settlement agreement that would resolve this action;

IT IS THEREFORE HEREBY JOINTLY REQUESTED, by and between the undersigned attorneys for the respective parties that:

(1) The Court adjourn the telephonic scheduling conference presently set for Friday, June 29, 2007, at 8:15 a.m.; and

(2) The Court set a new telephonic scheduling conference at its convenience approximately four (4) months after the presently scheduled June 29, 2007 conference.

| | |
|---|---|
| By: */s/ William J. Marsden, Jr.* | By: */s/ Richard L. Horwitz* |
| William J. Marsden, Jr. (#2247) | Richard L. Horwitz (#2246) |
| FISH & RICHARDSON P.C. | David E. Moore (#3983) |
| 919 N. Market St., Ste. 1100 | POTTER ANDERSON & CORROON LLP |
| P. O. Box 1114 | 1313 N. Market Street, 6th Floor |
| Wilmington, DE 19899-1114 | P.O. Box 951 |
| Telephone: 302-652-5070 | Wilmington, DE 19899 |
| Facsimile: 302-652-0607 | Telephone: 302-984-6000 |
| | Facsimile: 302-658-1192 |
| Of counsel: | |
| | Of counsel: |
| Alan D. Smith | |
| Amar K. Mehta | Richard D. Kelly |
| FISH & RICHARDSON P.C. | Steven P. Weihrouch |
| 225 Franklin Street | Daniel Pereira |
| Boston, MA  02110 | Alexander E. Gasser |
| Telephone: 617-542-5070 | OBLON, SPIVAK, McCLELLAND, |
| Facsimile: 617-542-8906 | MAIER & NEUSTADT, P.C. |
| | 1940 Duke Street |
| | Alexandria, VA 22314 |
| | Telephone: 703-413-3000 |
| | Facsimile: 703-413-2220 |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| OSRAM GmbH and OSRAM Opto Semiconductors GmbH | Citizen Electronic Co., Ltd., and Cecol, Inc. |

3

IT IS SO ORDERED this ___ day of _____, 2007.

_____
United States District Judge

3