IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OSRAM GMBH and
OSRAM OPTO SEMICONDUCTORS
GMBH,

      Plaintiffs,

      v.

CITIZEN WATCH CO., LTD.,
CITIZEN ELECTRONICS CO., LTD., and
CECOL, INC.,

      Defendants.

Civil Action No. 06-710 (SLR)

**NOTICE OF STIPULATED DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action, OSRAM

GmbH, OSRAM Opto Semiconductors GmbH, Citizen Electronics Co., Ltd. and Cecol, Inc.,

hereby stipulate to the dismissal of this action with prejudice.  All claims and counterclaims that

were brought in this action are hereby dismissed, with prejudice.  Each party shall pay its own

attorneys' fees and costs.

Dated:  July 26, 2007

STIPULATED AND AGREED TO:

  */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
Fish & Richardson P.C.
919 N. Market Street, Ste. 1100
P.O. Box 1114
Wilmington, DE  19801
Telephone:  302-652-5070
Facsimile:  302-652-0607
marsden@fr.com

*Attorneys for Plaintiffs*
*OSRAM GmbH and OSRAM Opto*
*Semiconductors GmbH*

STIPULATED AND AGREED TO:

  */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
Telephone:  302-984-6000
Facsimile:  302-658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Citizen Electronics, Co., Ltd. and Cecol, Inc.*